UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, an individual, and JACK WHITE and RITA WHITE, a married couple, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>  vs.<br><br>METALS USA, INC., a Delaware Corporation; R. ALLAN REID, an individual, and DOES 1-100, inclusive<br><br>                  Defendants. | CASE NO.: 2:12-CV-00568-LKK-GGH<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING LEAVE FOR SUBSTITUTED SERVICE** |

**IT IS HEREBY ORDERED THAT**:

    (1)    Plaintiffs' Application For Order Granting Leave For Substituted Service is GRANTED;

    (2)    Plaintiffs may effectuate service on Defendant R. Allan Reid by delivering the summons, the First Amended Class Action Complaint, and a copy of this Order: (1) to Defendant Reid's lawyers at Archer Norris, PLC in Walnut Creek, California by certified mail; (2) to Defendant Reid's Canadian lawyers at Harrison Pensa LLP in London, Ontario by certified mail; (3) to Defendant Reid's email address; and (4) to Defendant Reid's residence by (i) mail and (ii) posting on the door.

Dated: July 9, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT