1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
    JAMES WILSON, an individual,
10  and JACK WHITE and RITA
    WHITE, a married couple,
11  on behalf of themselves
    and all others similarly
12  situated,

13                                NO. CIV. S-12-0568 LKK/GGH
         Plaintiffs,
14
       v.
15                                O R D E R
    METALS USA, INC., a Delaware
16  Corporation; R. ALLAN REID,
    an individual and DOES 1-100,
17  inclusive,

18
         Defendants.
19  _____/

20      Pending before the court in the above-captioned case are a

21  motion to dismiss filed by defendant Metals USA, Inc., ECF No. 15,

22  currently set for hearing on September 17, 2012, and a motion to

23  dismiss filed by defendant R. Allan Reid, ECF No. 22, currently set

24  for hearing on October 1, 2012.

25      Accordingly, the court hereby CONTINUES the hearing on

26  defendant Metals USA, Inc.'s motion to dismiss, ECF No. 15, until

                                   1

1  October 1, 2012. Plaintiffs filed an opposition to this motion to

2  dismiss, ECF No. 23, on September 4, 2012. The deadline for filing

3  a reply, if any, to this opposition is unchanged.

4      The deadlines for filing an opposition to defendant R. Allan

5  Reid's motion to dismiss, ECF No. 22, and a reply, if any, to this

6  opposition are also unchanged.

7      IT IS SO ORDERED.

8      DATED:  September 5, 2012.

9

10

11

12                             LAWRENCE K. KARLTON
                           SENIOR JUDGE

13                             UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26