UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WILSON, an individual, and JACK WHITE and RITA WHITE, a married couple, on behalf of themselves and all others similarly situated,

        Plaintiffs,

   v.

METALS USA, INC., a Delaware Corporation; R. ALLAN REID, an individual and DOES 1-100, inclusive,

        Defendants.
_____/

NO. CIV. S-12-0568 LKK/GGH

O R D E R

    Pending before the court in the above-captioned case are a motion to dismiss filed by defendant Metals USA, Inc., ECF No. 15, currently set for hearing on September 17, 2012, and a motion to dismiss filed by defendant R. Allan Reid, ECF No. 22, currently set for hearing on October 1, 2012.

    Accordingly, the court hereby CONTINUES the hearing on defendant Metals USA, Inc.'s motion to dismiss, ECF No. 15, until

1

October 1, 2012. Plaintiffs filed an opposition to this motion to dismiss, ECF No. 23, on September 4, 2012. The deadline for filing a reply, if any, to this opposition is unchanged.

The deadlines for filing an opposition to defendant R. Allan Reid's motion to dismiss, ECF No. 22, and a reply, if any, to this opposition are also unchanged.

IT IS SO ORDERED.

DATED:  September 5, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2