UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WILSON, an individual,
and JACK WHITE and RITA
WHITE, a married couple,
on behalf of themselves
and all others similarly
situated,

                                    NO. CIV. S-12-0568 LKK/GGH
          Plaintiffs,

     v.

                                    O R D E R
METALS USA, INC., a Delaware
Corporation; R. ALLAN REID,
an individual and DOES 1-100,
inclusive,

          Defendants.
_____/

     The court is currently considering the motions to dismiss

filed by defendant Metals USA, Inc., docket no. 15, and defendant

R. Allan Reid, docket no. 22. Oral argument on these motions was

held on October 1, 2012.

     Accordingly, the court hereby CONTINUES the status (pretrial

scheduling) conference currently set for October 9, 2012 at 2:00

p.m. until February 11, 2013 at 1:30 p.m. The parties are directed

                                    1

1  to file a joint statement fourteen (14) days before the continued

2  status conference hearing date.

3       IT IS SO ORDERED.

4       DATED:  October 4, 2012.

5

6

7

8  LAWRENCE K. KARLTON
   SENIOR JUDGE
9  UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26