UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WILSON, an individual, and JACK WHITE and RITA WHITE, a married couple, on behalf of themselves and all others similarly situated,

        Plaintiffs,

   v.

METALS USA, INC., a Delaware Corporation; R. ALLAN REID, an individual and DOES 1-100, inclusive,

        Defendants.
_____/

NO. CIV. S-12-0568 LKK/GGH

O R D E R

    The court is currently considering the motions to dismiss filed by defendant Metals USA, Inc., docket no. 15, and defendant R. Allan Reid, docket no. 22. Oral argument on these motions was held on October 1, 2012.

    Accordingly, the court hereby CONTINUES the status (pretrial scheduling) conference currently set for October 9, 2012 at 2:00 p.m. until February 11, 2013 at 1:30 p.m. The parties are directed

1

to file a joint statement fourteen (14) days before the continued status conference hearing date.

    IT IS SO ORDERED.

    DATED: October 4, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT