# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, an individual, and JACK WHITE and RITA WHITE, a married couple, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>METALS USA, INC., a Delaware Corporation; R. ALLAN REID, an individual, and DOES 1-100, inclusive | CASE NO.: 2:12-CV-00568-LKK-GGH<br><br>**CLASS ACTION**<br><br>**ORDER CONTINUING FILING DEADLINE FOR SECOND AMENDED COMPLAINT** |

**IT IS HEREBY ORDERED** that:

1. The deadline for Plaintiffs to file an amended complaint is extended from March 11, 2013 to April 15, 2013.

Dated: February 19, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

**[PROPOSED] ORDER**