# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, an individual, and JACK WHITE and RITA WHITE, a married couple, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>METALS USA, INC., a Delaware Corporation; R. ALLAN REID, an individual, and DOES 1-100, inclusive | CASE NO.: 2:12-CV-00568-LKK-GGH<br><br>**CLASS ACTION**<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

**IT IS HEREBY ORDERED** that:

1. The Status Conference currently scheduled on April 29, 2013, at 10:30 a.m. be continued until July 29, 2013, at 1:30 p.m.; and

2. No Joint Statement is currently due. The parties will file a Joint Statement fourteen (14) days before the continued Status Conference hearing date.


Dated: April 3, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**[PROPOSED] ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
**[PROPOSED] ORDER**