UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES WILSON, an individual, and JACK WHITE and RITA WHITE, a married couple, on behalf of themselves and all others similarly situated,

        Plaintiffs,

    v.

METALS USA, INC., a Delaware Corporation; R. ALLAN REID, an individual and DOES 1-100, inclusive,

        Defendants.
_____/

NO. CIV. S-12-0568 LKK/GGH

O R D E R

Pending before the court in the above-captioned case is a motion to dismiss filed by defendant Metals USA, Inc., currently set for hearing on July 29, 2013. (ECF No. 50.)

For administrative reasons, the hearing will be CONTINUED until August 26, 2013. The deadlines for filing an opposition to this motion (July 15, 2013) and a reply, if any (July 22, 2013), remain unchanged.

1     IT IS SO ORDERED.

2     DATED:  May 16, 2013.

3

4

5                              _____
                               LAWRENCE K. KARLTON
6                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2