UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, an individual, and JACK WHITE and RITA WHITE, a married couple, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>METALS USA, INC., a Delaware Corporation, and DOES 1-100, inclusive,<br><br>    Defendants. | No.  CIV. S-12-0568 LKK/DAD<br><br>**ORDER** |

    A status conference was held in chambers on October 28, 2013.  After hearing, the court orders as follows:

    A further status conference is set for January 21, 2014 at 3:00 p.m.  The parties shall file updated status reports fourteen (14) days preceding the status conference.

    IT IS SO ORDERED.

    DATED:  October 29, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1