## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, an individual, and JACK WHITE and RITA WHITE, a married couple, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>METALS USA, INC., a Delaware Corporation; R. ALLAN REID, an individual, and DOES 1-100, inclusive | CASE NO.: 2:12−CV−00568−LKK−DAD<br><br>**CLASS ACTION**<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

**IT IS HEREBY ORDERED** that:

1. The Status Conference currently scheduled on March 24, 2014, at 2:30 p.m. be continued until July 28, 2014 at 1:30 p.m.;

2. The parties shall submit a Notice of Settlement in the event the matter is resolved prior to the continued Status Conference; and

3. No Joint Statement is currently due. The parties will file a Joint Statement fourteen (14) days before the continued Status Conference hearing date.

Dated: February 20, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
**[PROPOSED] ORDER**