# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, an individual, and JACK WHITE and RITA WHITE, a married couple, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>METALS USA, INC., a Delaware Corporation; R. ALLAN REID, an individual, and DOES 1-100, inclusive | CASE NO.: 2:12−CV−00568−LKK−DAD<br><br>**CLASS ACTION**<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

**IT IS HEREBY ORDERED** that:

1. The Status Conference currently scheduled on July 28, 2014, at 1:30 p.m. be continued until October 27, 2014 at 1:30 p.m.;

2. The parties shall submit a Notice of Settlement in the event the matter is resolved prior to the continued Status Conference; and

3. No Joint Statement is currently due. The parties will file a Joint Statement fourteen (14) days before the continued Status Conference hearing date.

Dated: May 28, 2014.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

**[PROPOSED] ORDER**