BART DALTON (187930)
bdalton@crouchfirm.com
**CROUCH & RAMEY LLP**
2001 Ross Avenue, Suite 4400
Dallas, Texas 75202
Telephone: (214) 922-7100
Facsimile: (214) 922-7101

ADRIAN J. SAWYER (203712)
sawyer@kerrwagstaffe.com
FRANK BUSCH (258288)
busch@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105
Telephone: (415) 371-8500
Facsimile: (415) 371-0500

Attorneys for Defendant
METALS USA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, an individual, and JACK WHITE an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>METALS USA, INC., a Delaware Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:12-CV-00568-KJM-CKD (TEMP)<br><br>**CLASS ACTION**<br><br>**ORDER MODIFYING SUMMARY JUDGMENT BRIEFING SCHEDULE AND EXTENDING PAGE LIMITATIONS** |

The parties have stipulated and jointly requested a modification to the court's briefing schedule and page limitations for defendant's anticipated motion for summary judgment. ECF No. 94. Good cause appearing, the court GRANTS the parties' request, while adjusting the dispositive motion cutoff to fit the court's calendar. Accordingly, the court modifies the briefing schedule and page limitations as follows:

- All dispositive motions must be filed no later than August 26, 2016, and heard no later than November 4, 2016.
- Opposition briefs to dispositive motions, if any, must be filed no later than September 23, 2016.
- Reply briefs in support of dispositive motions, if any, must be filed no later than October 14, 2016.
- The page limitation is increased to twenty-five pages with respect to dispositive motions and opposition briefs to dispositive motions.  The page limitation is increased to fifteen pages with respect to reply briefs in support of dispositive motions.

IT IS SO ORDERED.

Dated: July 19, 2016

_____
UNITED STATES DISTRICT JUDGE