BART DALTON (187930)
bdalton@crouchfirm.com
**CROUCH & RAMEY LLP**
2001 Ross Avenue, Suite 4400
Dallas, Texas 75202
Telephone: (214) 922-7100
Facsimile: (214) 922-7101

ADRIAN J. SAWYER (203712)
sawyer@kerrwagstaffe.com
FRANK BUSCH (258288)
busch@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105
Telephone: (415) 371-8500
Facsimile: (415) 371-0500

Attorneys for Defendant
METALS USA, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, an individual, and JACK WHITE an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>METALS USA, INC., a Delaware Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:12-CV-00568-KJM-CKD (TEMP)<br><br>**CLASS ACTION**<br><br>**ORDER MODIFYING SUMMARY JUDGMENT BRIEFING SCHEDULE** |

**IT IS HEREBY ORDERED** that:

1. The proposed briefing schedule with respect to Defendant's motion for summary judgment is modified as follows:

| Event | Current Scheduled Date | Proposed New Date |
|---|---|---|
| Motion Due | August 26, 2016 | September 2, 2016 |
| Opposition Due | September 23, 2016 | September 30, 2016 |
| Reply Due | October 14, 2016 | October 21, 2016 |
| Hearing on Motion | November 4, 2016 | No change required. |

Dated: August 25, 2016

_____
UNITED STATES DISTRICT JUDGE

Case No. 2:12-cv-00568-KJM-CKD (TEMP)        1        ORDER