1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17

| | |
|---|---|
| JAMES WILSON, an individual, and JACK WHITE, an individual, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>   vs.<br><br>METALS USA, INC., a Delaware Corporation; and DOES 1-100, inclusive,<br><br>               Defendants. | CASE NO. 2:12-CV-00568-KJM-DB<br><br>**ORDER REGARDING NOTICE OF PENDENCY OF CLASS ACTION** |

18
19
20
21
22
23
24
25
26
27
28

The parties request an order approving their jointly proposed class notice in this certified class action.  Having considered the parties' stipulation, the exhibits attached thereto, and the declaration of Jonathan Paul, the court finds the proposed Notice Plan fully complies with Federal Rule of Civil Procedure 23(c)(2)(B).  *See* Stipulation re: Notice, Aug. 30, 2016, ECF No. 99; Paul Decl., ECF No. 101.  It provides the class members with the required information and provides the best notice that is practicable under the circumstances.

Accordingly, the court ORDERS the following:

1. The parties' Stipulation Regarding Notice of Pendency of Class Action (ECF No. 99) is hereby GRANTED.

2. Within 30 days of the date this order is filed, class counsel will provide to the administrator the mailing addresses that it has for all persons identified as being a member of the class in this action.

3. The court approves Rust Consulting, Inc., as the administrator to implement the Notice Plan.

4. The administrator is ordered to do the following:

   a) Within 30 days of the date this order is filed, the administrator will send to the updated mailing addresses by United States mail a postcard with prepaid postage containing the information on the Summary Notice attached to the Stipulation as Exhibit A (ECF No. 99-1).

   b) Within 30 days of the date this order is filed, the administrator will create and maintain a website for use by the class members.  The website will include the Long-Form Notice attached to the Stipulation as Exhibit B (ECF No. 99-2), as well as links to case information and documents, including the Third Amended Class Action Complaint and the Class Certification Order.  The website will also provide answers to frequently asked questions and contact information for the class counsel.

   c) Within 30 days of the date this order is filed, the administrator will create and maintain a toll-free telephone number for use by the class members.  Class members who call this number will be able to choose options to receive a mailed copy of the Long-Form

1  Notice, to hear basic case information and frequently asked questions, and to hear contact
2  information for the class counsel.
3        d)  Within 30 days of the date this order is filed, the administrator will cause
4  notice to be broadcast online and will distribute a press release in California only.  Online
5  placement will be geo-targeted to California Facebook users.  Approximately 1,974,432
6  impressions will be purchased and delivered to reach this audience.  A press release will be
7  distributed on PR Newswire in California only to reach media outlets.
8  Dated:  September 13, 2016.

                UNITED STATES DISTRICT JUDGE