UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, an individual, and JACK WHITE, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>METALS USA, INC., a Delaware Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | No. 2:12-CV-00568-KJM-DB<br><br><br>ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND RELATED DEADLINES |

The parties jointly request (ECF No. 127) to amend dates in the scheduling order (ECF No. 74) that were recently amended by Minute Order (ECF No. 126). Good cause appearing, the court GRANTS this request as MODIFIED:

| Description | Existing Date | Proposed Date | New Date |
|---|---|---|---|
| Amended or Superseding Joint Pretrial Statement | Sept. 8, 2017 | Nov. 17, 2017 | Nov 17, 2017 |
| Final Pretrial Conference | Sept. 22, 2017 | Dec. 1, 2017 | Dec. 8, 2017 |

This amendment does not alter any other portions of the scheduling order (ECF No. 74). The court reminds the parties of their obligations under the Minute Order issued in ECF No. 126 regarding their amended or superseding Joint Pretrial Statement.

       IT IS SO ORDERED.

DATED: September 8, 2017.

_____
UNITED STATES DISTRICT JUDGE