# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, an individual, and JACK WHITE, an individual, on behalf of themselves and all others similarly situated, | ) CASE NO.: 2:12-CV-00568-KJM-DAD ) ) **CLASS ACTION** ) |
| Plaintiffs, | ) **ORDER CONTINUING FINAL** ) **PRETRIAL CONFERENCE TO** |
| vs. | ) **FEBRUARY 9, 2018** ) |
| METALS USA, INC., a Delaware Corporation; and DOES 1-100, inclusive, | ) ) ) |
| Defendants. | ) ) ) |

    **IT IS HEREBY ORDERED** that the Final Pretrial Conference shall be continued from December 8, 2017 at 10:00 a.m. to February 9, 2018 at 10:00 a.m. **IT IS HEREBY FURTHER ORDERED**, the Parties' amended or updated Joint Final Pre-Trial Statement shall be due by January 26, 2018.

Dated: October 6, 2017

_____
UNITED STATES DISTRICT JUDGE