UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, an individual, and JACK WHITE, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>METALS USA, INC., a Delaware Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | No. 2:12-cv-00568-KJM-DB<br><br>ORDER |

Based on the parties' joint stipulation at ECF No. 137, IT IS HEREBY ORDERED that the parties' deadline to file and serve the motion for preliminary approval of the class action settlement is continued to August 31, 2018, and the court hereby schedules a hearing on the motion for preliminary approval on September 21, 2018 at 10:00 a.m.

DATED: August 3, 2018.

_____
UNITED STATES DISTRICT JUDGE

1