1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   JAMES WILSON, an individual, and JACK    )    CASE NO.: 2:12-CV-00568-KJM-DB
     WHITE, an individual, on behalf of themselves )
     and all others similarly situated,         )    **CLASS ACTION**
12                                               )
                               Plaintiffs,       )    **ORDER CONTINUING DEADLINE TO**
13                                               )    **FILE MOTION FOR FINAL**
            vs.                                  )    **APPROVAL AND CONTINUE FINAL**
14                                               )    **APPROVAL HEARING**
     METALS USA, INC., a Delaware Corporation; )
15   and DOES 1-100, inclusive,                  )
                                                 )
16                             Defendants.       )
                                                 )
17   _____ )

18          **IT IS HEREBY ORDERED** that the Parties' deadline to file and serve the motion for

19   final approval of the class action settlement is continued to October 18, 2019.  Accordingly, the

20   hearing on the Motion for Attorney's Fees, Costs, and Incentive Awards and the Motion for

21   Final Approval is continued from September 6, 2019, to December 6, 2019, at 10:00 a.m.

22   Dated:   August 7, 2019.

23

24                                        _____
                                          UNITED STATES DISTRICT JUDGE
25

26

27

28

_____
**ORDER CONTINUING DEADLINE TO FILE MOTION FOR FINAL APPROVAL AND CONTINUE FINAL**
**APPROVAL HEARING**