# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON, an individual, and JACK WHITE, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>METALS USA, INC., a Delaware Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: 2:12-CV-00568-KJM-DB<br><br>**CLASS ACTION**<br><br>**ORDER CONTINUING DEADLINE TO FILE MOTION FOR FINAL APPROVAL AND CONTINUE FINAL APPROVAL HEARING** |

**IT IS HEREBY ORDERED** that the Parties and the Claims Administrator shall abide by the following schedule with respect to the resolution of claims, the filing of the final approval papers, and the final approval hearing:

| EVENT | EVENT COMPLETION DEADLINE |
|---|---|
| Last Day for Claims Administrator to issue Deficiency Letters | No later than November 13, 2019 |
| Last Day for Individuals to Submit Response to Deficiency Letter | No later than November 27, 2019 |
| Last Day for Claims Administrator to Provide counsel the updated number relating to | No later than December 6, 2019 |

1

**ORDER CONTINUING DEADLINE TO FILE MOTION FOR FINAL APPROVAL AND CONTINUE FINAL APPROVAL HEARING**

| | |
|---|---|
| number of valid claims and amounts based on response to Deficiency Letters | |
| Last Day for Parties to resolve all disputes relating to the Claim Forms and Provide Claims Administrator with final resolution of disputes | No later than January 31, 2020 |
| Last Day for Claims Administrator to provide the Parties with a Declaration Re: Notice to the Class, Claim Forms Received, Deficiency Letters Issued, Response to Deficiency Letters, and Final Amounts to be Paid | No later than February 14, 2020 |
| Last Day for Plaintiffs to file Motion for Final Approval of Class Action Settlement | No later than February 21, 2020 |
| Hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement | April 24, 2020 at 10:00 a.m. |

Dated: November 21, 2019.

_____
UNITED STATES DISTRICT JUDGE