**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES WILSON, an individual, and JACK WHITE, an individual, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>METALS USA, INC., a Delaware Corporation; and DOES 1-100, inclusive,<br><br>      Defendants. | CASE NO.: 2:12-CV-00568-KJM-DB<br><br>**CLASS ACTION**<br><br>**ORDER CONTINUING DEADLINE TO FILE MOTION FOR FINAL APPROVAL AND ASSOCIATED DEADLINES** |

  **IT IS HEREBY ORDERED** that the Parties and the Claims Administrator shall abide by the following schedule with respect to the resolution of claims, the filing of the final approval papers, and the final approval hearing:

| EVENT | EVENT COMPLETION DEADLINE |
|---|---|
| Last Day for Parties to resolve all disputes relating to the Claim Forms and Provide Claims Administrator with final resolution of disputes | No later than March 2, 2020 |
| Last Day for Claims Administrator to provide the Parties with a Declaration Re: Notice to the Class, Claim Forms Received, Deficiency | No later than March 11, 2020 |

ORDER CONTINUING DEADLINE TO FILE MOTION FOR FINAL APPROVAL AND ASSOCIATED DEADLINES

| | |
|---|---|
| Letters Issued, Response to Deficiency Letters, and Final Amounts to be Paid | |
| Last Day for Plaintiffs to file Motion for Final Approval of Class Action Settlement | No later than March 27, 2020 |
| Hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement | April 24, 2020 at 10:00 a.m. |

Dated: February 19, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER CONTINUING DEADLINE TO FILE MOTION FOR FINAL APPROVAL AND ASSOCIATED DEADLINES**